PROB22
(12/2016)

United States District Court
Southern District of Texas

**ENTERED**

June 24, 2022

Nathan Ochsner, Clerk

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>4:13CR00021-001 | |
| --- | --- | --- |
| | DOCKET NUMBER (*Rec. Court*):<br>2:22CR494 (MCA) | |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Oh, John Kyung** | DISTRICT:<br>Southern District of Texas | DIVISION:<br>Houston |
| | NAME OF SENTENCING JUDGE:<br>The Honorable Nancy Atlas | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**1/14/2022** |  To:<br>**1/13/2027** |

OFFENSE:

Count 1: Bank Fraud, in violation of 18 U.S.C. § 1344 and 2;

Count 8: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A and 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**United States District Court for the Southern District of Texas, Houston Division:**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of Texas, Houston division</u> upon that Court's order of acceptance of jurisdiction.

June 24, 2022
_____
*Date*

*Lee H. Rosenthal*
_____
*United States District Judge*

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

**United States District Court for the District of New Jersey:**

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/20/22
_____
*Effective Date*

_____
*United States District Judge*